**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
SHEW WING LIM,

                         Petitioner,

-against-

PAUL ARTETA, et al.,

                        Respondents.
-------------------------------------------------------------X

26 **CIVIL** 461 (JLR)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 26, 2026, the petition for a writ of habeas corpus is GRANTED; accordingly, the case is closed.

**DATED:**  New York, New York
           January 28, 2026

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

**BY:**             *K. Mango*
_____
**Deputy Clerk**